**BOOTH UDALL FULLER, PLC**
1255 W. Rio Salado Parkway, Suite 215
Tempe, Arizona  85281
Telephone     (480) 830-2700
Facsimile      (480) 830-2717
**Michelle G. Breit – SBN 021439**
Email          mbreit@boothudall.com

**SANDERS & PARKS, P.C.**
3030 N. Third Street, Suite 1300
Phoenix, Arizona  85012
Telephone     (602) 532-5600
Facsimile      (602) 532-5700
**G. Gregory Eagleburger – SBN 002695**
Email          greg.eagleburger@sandersparks.com

*Attorneys for the Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| LANCE L. RENFROW, an individual; and CLEAR SOLUTIONS USA, L.L.C., an Arizona limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>BDP INNOVATIVE CHEMICALS COMPANY, a Florida corporation,<br><br>Defendant. | Case No. _____<br><br>**COMPLAINT FOR PATENT INFRINGEMENT**<br><br>**[Demand for Jury Trial]** |

Lance L. Renfrow ("Renfrow") and Clear Solutions USA, L.L.C. ("Clear Solutions") hereby allege for their Complaint against defendant BDP Innovative Chemicals Company ("Defendant" or "BDP"), on personal knowledge as to their own actions and on information and belief as to the actions of others, as follows:

## THE PARTIES

1.  Plaintiff Lance L. Renfrow is an individual residing at 47 N. Ski Court, Gilbert, Arizona 85233.

2.  Plaintiff Clear Solutions is an Arizona limited liability company with its principal place of business at 1007 E. Warner Road, #109, Tempe, Arizona 85284.

3. Upon information and belief, Defendant BDP Innovative Chemicals Company is a Florida corporation with its principal place of business at 4393 Virginia Drive, Orlando, Florida 32814.

## JURISDICTION AND VENUE

4. This action arises under the patent laws of the United States, Title 35 of the United States Code, §§ 271 and 281, *et seq*. because the Defendant has committed acts of patent infringement within the United States and this judicial district. Accordingly, this Court has original jurisdiction of this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

5. This Court has personal jurisdiction over defendant BDP because it has offered for sale and, on information and belief, has sold products in Arizona and within the District of Arizona. Thus, BDP has committed and continues to commit acts of patent infringement in this District.

6. Venue is proper in this District under 28 U.S.C. §§ 1391(b) and (c), and 1400(b).

## THE ASSERTED PATENT

7. On February 15, 2005, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 6,855,679 (the "'679 patent" or the "Patent-in-Suit"), entitled "Detergent Composition and Method of Using Same," to Plaintiff Lance L. Renfrow. A copy of the '679 Patent is attached to the Complaint as Exhibit A.

8. Renfrow is the owner of the '679 patent.

9. Clear Solutions is the exclusive licensee of the '679 patent.

10. BDP had notice of the '679 patent no later than in or about February 2005 when the patent issued.

## COUNT 1
### (Infringement of the '679 Patent)

11. Plaintiffs repeat and incorporate by reference each of the allegations contained in Paragraphs 1 through 10 above, and further allege as follows:

12. BDP directly infringes one or more claims of the '679 patent (literally or

Case 2:14-cv-01183-JWS   Document 1   Filed 05/29/14   Page 3 of 5

1. under the doctrine of equivalents) by making, using, offering to sell, and/or selling products which embody the patented invention, including BDP surfactants and products containing the same, which, on information and belief, include at least BDP Draftline Beer Line Cleaner, BDP Draftline Acid Line Cleaner, Micro Matic Beer Line Cleaner, BDP ABI-1 Surfactant, BDP MB1 Surfactant, BDP MB2 Surfactant, BDP MB3 Surfactant, and BDP MB4 Surfactant.

13. BDP induces its customers and other third parties to infringe one or more claims of the '679 patent, including claim 8, literally or under the doctrine of equivalents, at least by selling its surfactant products for use in cleaning fluid delivery lines in breweries and providing instructions for use of the products in cleaning brewery fluid delivery lines, knowing that the use would infringe the '679 patent.

14. BDP has willfully infringed the '679 patent.

15. BDP has committed these acts of infringement within the United States.

16. BDP has committed these acts of infringement without license or authorization.

17. Plaintiffs Renfrow and Clear Solutions have suffered damages as a result of BDP's infringement of the '679 patent. In addition, plaintiffs will suffer severe and irreparable harm unless this Court issues a permanent injunction prohibiting BDP, it agents, servants, employees, representatives, and all others acting in active concert therewith, from infringing the '679 patent.

## **PRAYER FOR RELIEF**

WHEREFORE, Renfrow and Clear Solutions request the Court grant the following relief in their favor and against BDP:

A. A judgment in favor of Renfrow and Clear Solutions that BDP has infringed (either literally or under the doctrine of equivalents) one or more claims of the '679 patent;

B. A permanent injunction enjoining BDP and its officers, directors, agents, servants, affiliates, employees, divisions, branches, subsidiaries, parents and all other

-3-

1  acting in active concert or participation with BDP from infringing the '679 patent;

2      C.    A judgment and order requiring BDP to pay Renfrow and Clear Solutions their damages, costs, expenses, and pre-judgment and post-judgment interest for BDP's infringement of the '679 patent.

    D.    Awarding plaintiffs damages increased to three times the amount found or assessed by virtue of the deliberate and willful nature of each defendant's infringement, in accordance with 35 U.S.C. § 284;

    E.    Awarding plaintiffs their reasonable attorneys' fees, because this is an exceptional case under 35 U.S.C. § 285; and

    F.    Granting such other and further relief as this Court may deem just and appropriate.

DATED this 29th day of May, 2014.

**BOOTH UDALL FULLER, PLC**

 /s/ Michelle G. Breit
Michelle G. Breit (SBN 021439)
mbreit@boothudall.com
1255 W. Rio Salado Parkway, Suite 215
Tempe, Arizona  85281
Telephone   (480) 830-2700
Facsimile    (480) 830-2717

-and-

G. Gregory Eagleburger (SBN 002695)
greg.eagleburger@sandersparks.com
**SANDERS & PARKS, P.C.**
3030 N. Third Street, Suite 1300
Phoenix, Arizona  85012
Telephone   (602) 532-5600
Facsimile    (602) 532-5700

*Attorneys for the Plaintiffs*

**DEMAND FOR JURY TRIAL**

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiffs Lance L. Renfrow and Clear Solutions USA, L.L.C. demand a jury trial as to all issues triable to a jury.

DATED this 29th day of May, 2014.

        **BOOTH UDALL FULLER, PLC**

        */s/ Michelle G. Breit*
        Michelle G. Breit, Esq.
        mbreit@boothudall.com
        1255 W. Rio Salado Parkway, Suite 215
        Tempe, AZ 85281
        Telephone   (480) 830-2700
        Facsimile    (480) 830-2717

        -and-

        G. Gregory Eagleburger (SBN 002695)
        greg.eagleburger@sandersparks.com
        **SANDERS & PARKS, P.C.**
        3030 N. Third Street, Suite 1300
        Phoenix, Arizona  85012
        Telephone   (602) 532-5600
        Facsimile    (602) 532-5700

        *Attorneys for the Plaintiff*